United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| R.J.C., | § | |
| *Plaintiff*, | § | Civil Action No. 4:26-cv-03575 |
| v. | § | |
| Frank Bisignano, Commissioner of Social Security, | § | |
| *Defendant*. | § | |

**MEMORANDUM AND RECOMMENDATION**

The Commissioner has filed an unopposed motion to reverse the ALJ's denial of social security disability benefits and remand for further proceedings. Dkt. 14. Defendant notes that this request is governed by the fourth sentence of 42 U.S.C. § 405(g), which requires entry of judgment in Plaintiff's favor. *Id.* at 1-2.

It is therefore **RECOMMENDED** that the Commissioner of Social Security's motion (Dkt. 14) be **GRANTED**, and that final judgment be entered reversing and remanding the case to the Social Security Administration under the fourth sentence of 42 U.S.C. § 405(g).

It is further **RECOMMENDED** that Plaintiff's pending motion for summary judgment (Dkt. 11) be **TERMINATED AS MOOT**.

**The parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error. *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015).**

Signed on October 15, 2026, at Houston, Texas.

Yvonne Y. Ho
Yvonne Y. Ho
United States Magistrate Judge