United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMEL J CURTIS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03575 |
| | § | |
| FRANK BISIGNANO, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on October 15, 2026. Doc. #15. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendations for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendations in its entirety.

Accordingly, Defendant's Motion to Remand (Doc. #14) is GRANTED, and the case is reversed and remanded to the Social Security Administration under the fourth sentence of 42 U.S.C. § 405(g). Plaintiff's pending Motion for Summary Judgment (Doc. #11) is DENIED as MOOT. The Court will enter a separate Final Judgment.

It is so ORDERED.

NOV 04 2026

Date

The Honorable Alfred H. Bennett
United States District Judge